# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943
Fax: (414) 271-9344
info@chapter13milwaukee.com
www.chapter13Milwaukee.com

740 North Plankinton Avenue
Suite 400
Milwaukee, WI 53203

November 13, 2009

Clerk of the US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: JAMES J. BEATRICI
    Case No. 07-29192-SVK

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1067647 in the amount of $712.00. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:    1053203

Original Payee:    James J. Beatrici
                          Unknown Address

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,


OFFICE OF CHAPTER 13 TRUSTEE

*Mary B. Grossman*

Mary B. Grossman, Chapter 13 Standing Trustee

MBG/ck

cc: file

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 07-29192-SVK | 777-0 | JAMES J. BEATRICI | | 0.00 | 712.00 | 0.00 | 712.00 |

Mary B. Grossman, Chapter 13 Trustee  
Check No. 1067647  
Pay to: 00000965 CLERK OF US BANKRUPTCY COURT  
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)